## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Brett Whitlock,

    Plaintiff,

v.                                    **THIRD**
                                             **AMENDED ORDER OF DISMISSAL**

Janet Napolitano, Secretary,
Department of Homeland Security,
Customs and Border Protection Agency,

    Defendant.                             Court File No. 10-4479 (RHK/LIB)

_____

Having been advised that the above action has been settled, and the parties needing additional time to finalize a settlement agreement, **IT IS HEREBY ORDERED** that this action is dismissed with prejudice; the Court retains jurisdiction for an additional sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: September 13, 2011                            s/Richard H. Kyle
                                                                    RICHARD H. KYLE
                                                                      United States District Judge