# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Brett Whitlock, | Civil No. 10-4479 (RHK/LIB) |
| Plaintiff, | **FOURTH AMENDED ORDER OF DISMISSAL** |
| v. | |
| Janet Napolitano, Secretary, Department of Homeland Security, Customs and Border Protection Agency, | |
| Defendant. | |

_____

Having been advised that the above action has been settled, and the parties needing additional time to finalize a settlement agreement, **IT IS HEREBY ORDERED** that this action is dismissed with prejudice; the Court retains jurisdiction for an additional sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: November 15, 2011

                                                                               s/Richard H. Kyle
                                                                               RICHARD H. KYLE
                                                                               United States District Judge